# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
           Appellant,
           vs.
THE STATE OF NEVADA,
           Respondent.

No. 79599

**FILED**

OCT 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for relief. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for relief, this court lacks jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent that appellant appeals from the order denying a petition for a writ of coram nobis entered on June 21, 2019, the decision has already been appealed in Docket No. 78550. A second duplicate appeal may not be pursued. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-42031

cc: Hon. Jerry A. Wiese, District Judge
Brian Kerry O'Keefe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A